ERNEST SCHWALM, PLAINTIFF, v. PUBLIC SERVICE
TRANSPORTATION COMPANY AND DUDLEY PARK,
DEFENDANTS.

ACKERSON, S. C. C.  Defendant has asked for a bill of
particulars and the questions propounded therein seem to be
proper if a bill can be demanded after answer filed.

The case is founded upon a tort, and at common law, in
such cases, a bill of particulars could be demanded after an-
swer filed.  In contract cases, the practice in this respect is
governed by the express provisions of the Practice act, which
requires the demand for particulars to be made before a plea
filed, &c.  *Hopper et al.* v. *Gillett,* 6 *N. J. Mis. R.* 63.

It is apparent, therefore, that the particulars called for in
the above case should be given, and an order may be presented
in accordance with the conclusion thus reached.